**Craig R. ROBERTS, Plaintiff–Appellant,**

v.

**Jim RUBENSTEIN; William S. Haines; Roy White, Defendants–Appellees,**

and

**Correctional Medical Services (CMS); West Virginia Department of Corrections; Huttonsville Correctional Center, Individually and in their official capacities, Defendants.**

No. 02–6919.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 26, 2002.

Decided Oct. 8, 2002.

Craig R. Roberts, Appellant Pro Se. George John Joseph, George Anthony Metz, Jr., Bailey & Wyant, P.L.L.C., Charleston, West Virginia; Charles Patrick Houdyschell, Jr., West Virginia Division of Corrections, Charleston, West Virginia; Robert H. Sweeney, Jr., Jenkins Fenstermaker, P.L.L.C., Huntington, West Virginia; Edward Joseph McNelis, III, Joseph Patrick Callahan, John David McChesney, Rawls & Mcnelis, P.C., Richmond, Virginia, for Appellees.

Before LUTTIG and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Craig R. Roberts appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2002) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Roberts v. Rubenstein,* No. CA–01–281–2 (S.D.W.Va. May 10, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*